# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

WILLIAM HUNTER AZLIN                                                PLAINTIFF

V.                                                CAUSE NO. 4:19cv149-MPM-JMV

AZLIN PLANTING CO.,
A GENERAL PARTNERSHIP, ET AL                          DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(1)(B) provides, "A motion to remand... will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand… and will stay the parties' obligation to make disclosures pending the court's ruling on the motion..." L.U. CIV. R. 16(b)(1)(B) (emphasis added). A motion to remand [15] has been filed. Therefore, staying certain proceedings is appropriate at this time.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED**, pending a ruling on the motion to remand. The parties must promptly notify the magistrate judge of any order denying the motion to remand and must, thereafter, promptly submit a proposed order lifting the stay.

**SO ORDERED** this, Thursday, October 31, 2019.

                                                     /s/ Jane M. Virden
                                                     **UNITED STATES MAGISTRATE JUDGE**